# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1147

_____

FELIX L. CUEVAS-RODRIGUEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


April 13, 2018


PER CURIAM.

The petition for writ of mandamus is denied on the merits.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Felix L. Cuevas-Rodriguez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.